ACCEPTED
05-15-01290-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 1:54:34 PM
LISA MATZ
CLERK

## No. 05-15-01290-CV

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/21/2015 1:54:34 PM
LISA MATZ
Clerk

**Texas Court of Appeals**
**Fifth District at Dallas**

**In the Matter of the Marriage of Ron Nussle and Suzanne Nussle and in the Interest of I.N., A Child**

**Ron Nussle,**

**Appellant,**

**v.**

**Suzanne Nussle,**

**Appellee.**

## APPELLANT'S UNOPPOSED MOTION TO DISMISS

1.    The parties are litigating this matter in Arizona. Appellant is satisfied with doing so and therefore seeks to dismiss this appeal.

2.    Appellee is unopposed.

Based on the foregoing, Appellant asks that the appeal be dismissed.

**MOTION TO DISMISS**
**PAGE 1**

Respectfully submitted,

**JOHNSTON TOBEY BARUCH**
/s/Charles "Chad" Baruch
Texas Bar Number 01864300
3308 Oak Grove Avenue
Dallas, Texas 75204
Telephone: (214) 741-6260
Facsimile: (214) 741-6248
Email: chad@jtlaw.com

*Attorneys for Ron Nussle*

## Certificate of Conference

The undersigned certifies that conferred with Cynthia Dunn who confirmed in writing that Appellee does not oppose the relief sought by this motion.

/s/Chad Baruch

## Certificate of Service

The undersigned certifies that a true and correct copy of this notice of appeal was served this 21st day of December, 2015, upon Cynthia Dunn by efiling and email to cdunn@qslwm.com.

/s/Chad Baruch